| | |
|---|---|
| 1 | DOUGLAS WATTS, Bar No. 182274 |
| | WATTS LAW OFFICES |
| 2 | 1024 Iron Point Rd., Suite 100, PMB 1240 |
| | Folsom, CA 95630 |
| 3 | Phone: (916) 337-5221 |
| | Fax: (916) 404-5031 |
| 4 | E-mail: dougwattsesq@yahoo.com |
| 5 | Attorneys for Plaintiff |
| | JOHN A. MACHADO |
| 6 | |
| 7 | MICHAEL E. BREWER, Bar No. 177912 |
| | JOHANNA R. CARNEY, Bar No. 277946 |
| 8 | LITTLER MENDELSON, P.C. |
| | Treat Towers |
| 9 | 1255 Treat Boulevard, Suite 600 |
| | Walnut Creek, California 94597 |
| 10 | Telephone: 925.932.2468 |
| | Facsimile: 925.946.9809 |
| 11 | Email: mbrewer@littler.com |
| | jcarney@littler.com |
| 12 | |
| | Attorneys for Defendant |
| 13 | CVS PHARMACY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN A. MACHADO, | Case No. 3:13-cv-04501-JCS |
| Plaintiff, | **JOINT STIPULATION ENLARGING TIME FOR DEFENDANT TO SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| CVS PHARMACY, INC.; and DOES 1 through 50, inclusive, | |
| Defendant. | |

Pursuant to Local Rule 6-1(a), Plaintiff John A. Machado ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant") (collectively, the "Parties") by and through their counsel hereby stipulate as follows:

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATION ENLARGING TIME FOR RESPONSE (NO. 3:13-CV-04501-JCS)

WHEREAS Defendant contends that service of summons was not properly effectuated initially;

WHEREAS Plaintiff's counsel provided an electronic copy of a summons to Defendant's counsel on October 21, 2013 and the Parties anticipate that the summons will be properly served shortly hereafter;

WHEREAS the Parties have agreed that Defendant shall have roughly 30-days from the time of effective service of summons to file a responsive pleading;

IT IS HEREBY STIPULATED by and between the Parties that Defendant shall serve its response to Plaintiff's Complaint on or before November 22, 2013.

Dated: October 22, 2013

/s/ Johanna R. Carney
MICHAEL E. BREWER
JOHANNA R. CARNEY
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CVS PHARMACY, INC.

Dated: October 22, 2013

/s/ Douglas E. Watts
DOUGLAS WATTS
WATTS LAW OFFICES
Attorneys for Plaintiff
JOHN MACHADO

Dated: 10/23/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATION ENLARGING TIME FOR RESPONSE (NO. 3:13-CV-04501-JCS)    2.

## DECLARATION OF COUNSEL REGARDING SIGNATORY'S CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Johanna R. Carney, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am an attorney employed by the law firm Littler Mendelson, A Professional Corporation, and counsel of record for Defendant CVS Pharmacy, Inc.

2. In accordance with U.S. District Court for the Northern District of California, Civil Local Rule 5-1(i)(3), I have obtained the concurrence for the filing of this document from the other signatory hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct, and that this Declaration was executed on October 22, 2013, at Walnut Creek, California.

        */s/ Johanna R. Carney*

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATION ENLARGING TIME FOR RESPONSE (NO. 3:13-CV-04501-JCS)    3.