DOUGLAS WATTS, Bar No. 182274
WATTS LAW OFFICES
1024 Iron Point Rd., Suite 100, PMB 1240
Folsom, CA 95630
Phone: (916) 337-5221
Fax: (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Attorneys for Plaintiff
JOHN A. MACHADO

MICHAEL E. BREWER, Bar No. 177912
JOHANNA R. CARNEY, Bar No. 277946
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:  925.932.2468
Facsimile:  925.946.9809
Email:  mbrewer@littler.com
        jcarney@littler.com

Attorneys for Defendant
CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN A. MACHADO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CVS PHARMACY, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No.  3:13-cv-04501-JCS<br><br>**JOINT STIPULATION ENLARGING TIME FOR DEFENDANT TO SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　　　　Pursuant to Local Rule 6-1(a), Plaintiff John A. Machado ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant") (collectively, the "Parties") by and through their counsel hereby stipulate as follows:

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT  STIPULATION  ENLARGING  TIME
FOR RESPONSE (NO. 3:13-CV-04501-JCS)

1  WHEREAS Defendant contends that service of summons was not properly
2  effectuated initially;

3  WHEREAS Plaintiff's counsel provided an electronic copy of a summons to
4  Defendant's counsel on October 21, 2013 and the Parties anticipate that the summons will be
5  properly served shortly hereafter;

6  WHEREAS the Parties have agreed that Defendant shall have roughly 30-days from
7  the time of effective service of summons to file a responsive pleading;

8  IT IS HEREBY STIPULATED by and between the Parties that Defendant shall serve
9  its response to Plaintiff's Complaint on or before November 22, 2013.

Dated: October 22, 2013

/s/ Johanna R. Carney
MICHAEL E. BREWER
JOHANNA R. CARNEY
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CVS PHARMACY, INC.

Dated: October 22, 2013

/s/ Douglas E. Watts
DOUGLAS WATTS
WATTS LAW OFFICES
Attorneys for Plaintiff
JOHN MACHADO

Dated: 10/23/13

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT STIPULATION ENLARGING TIME
FOR RESPONSE (NO. 3:13-CV-04501-JCS)    2.

**DECLARATION OF COUNSEL REGARDING SIGNATORY'S CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT**

I, Johanna R. Carney, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am an attorney employed by the law firm Littler Mendelson, A Professional Corporation, and counsel of record for Defendant CVS Pharmacy, Inc.

2. In accordance with U.S. District Court for the Northern District of California, Civil Local Rule 5-1(i)(3), I have obtained the concurrence for the filing of this document from the other signatory hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct, and that this Declaration was executed on October 22, 2013, at Walnut Creek, California.

　　　　　　　　　　　　　　　　　　　　　/s/ *Johanna R. Carney*

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATION ENLARGING TIME FOR RESPONSE (NO. 3:13-CV-04501-JCS)   3.